**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

X−Caliber Funding LLC

                Plaintiff,

v.                                     Case No.: 1:26−cv−00190
                                        Honorable Sharon Johnson Coleman

Mark B. Petersen

                Defendant.

**DIVISIONAL TRANSFER NOTICE**

DIVISIONAL TRANSFER Notice. Case transferred to Western Division − Rockford. Pursuant to transfer order: [70]. (nsf, )